**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ALEXANDER VULAKH | : | |
| MARINA VULAKH | : | BK. No. 15-13329 ELF |
| Debtors | : | |

## CERTIFICATION OF DEFAULT

**PHELAN HALLINAN DIAMOND & JONES, LLP**, attorneys for Movant, hereby certifies that the above-captioned Debtors have failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge JEAN K. FITZSIMON on December 6, 2016.

In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtors' property. Movant further certifies that the required Notice of Default was sent to Debtors and Debtors' attorney and Debtors have failed to cure the default.

Dated: January 17, 2018

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com